UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY PAUL,

        Plaintiff,

vs.

Case No.  12-15400

HON. GEORGE CARAM STEEH

BUREAU OF PRISONS and
FORD MOTOR COMPANY,

        Defendants.
_____/

## ORDER OF DISMISSAL

      This is a civil action filed by a plaintiff who is a prisoner.  On January 30, 2013, plaintiff was notified that if he wished to proceed with his case he must submit the $350 filing fee, or alternatively, file the required Prisoner's Application to Proceed Without Prepayment of Fees and Costs and Authorization to Withdraw from the Trust Fund Account, a current Certification/Business Manager's Account Statement, and a statement of Trust Fund Account (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  Plaintiff was given until March 1, 2013 to comply, but as of this date, plaintiff has not paid the filing fee or filed the required documents.  Plaintiff was warned that failure to comply would result in an assessment of the entire filing fee and dismissal of his case for want of prosecution.  Now, therefore,

      IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED for want of prosecution.

Dated:  March 7, 2013

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 7, 2013, by electronic and/or ordinary mail and also on Jeffery Paul #10517042, PO Box 33, Terre Haute, IN 47808.

s/Barbara Radke
Deputy Clerk